# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2017

Stephen J. Markman,
Chief Justice

154242(54)(55)

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROGAN EDWARD LAMPE,
      Defendant-Appellant.
_____/

SC: 154242
COA: 326660
Washtenaw CC: 14-000322-FH

On order of the Chief Justice, the motion of defendant-appellant to strike his earlier motion to add new issues to the application for leave to appeal is GRANTED. The matter will be submitted for a decision on the application as originally filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2017



Clerk